# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-50677
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 4, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAYMUNDO RODRIGUEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:13-CR-122-1

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM:*

Appealing the judgment in a criminal case, Raymundo Rodriguez raises arguments that he concedes are foreclosed by *United States v. Whaley*, 577 F.3d 254 (5th Cir. 2009), in which this court rejected constitutional challenges to the Sex Offender Registration and Notification Act. Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-50677

motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.